UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 18-30025 G |
| Charles J. Gbur, Jr | | |
| Carolyn S. Gbur | * | HON. JOHN P. GUSTAFSON |
| Debtor(s) | * | **MOTION TO DISMISS** |

Now comes Elizabeth A. Vaughan, the Standing Chapter 13 Trustee, and moves the Court for an order dismissing this case for the following reasons:

1. This case was filed on January 4, 2018, and is set for confirmation hearing on July 9, 2018.

2. Per 11 USC §109(e), a Debtor is ineligible to file a case under the Bankruptcy Code, if the secured debt is in excess of $1,184,000.00.

3. Pursuant to the claims filed in this case to date, the secured debt is approximately $1,282,048.63.

WHEREFORE, the Trustee hereby requests that this case be dismissed as it appears these Debtors are not eligible to file a case under the Bankruptcy Code, due to the fact that the secured debt exceeds the debt limit set by 11 USC§109(e).

Dated: April 18, 2018

/s/ Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan St., Suite 501
Toledo, OH 43604

# CERTIFICATE OF SERVICE

I certify that on April 18, 2018, a true and correct copy of the Motion to Dismiss, was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Deborah K. Spychalski, Attorney for Debtors at dk_spychalski@yahoo.com

Office of the United States Trustee @ ustp.region09@usdoj.gov

And, by regular U. S. mail, postage prepaid, on:

Charles/Carolyn Gbur, Jr.
3727 River Road
Toledo, OH 43614

/s/   Elizabeth A. Vaughan
Standing Chapter 13 Trustee