# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **In re:** | Case No. 18-30025 |
| **CHARLES AND CAROLYN GBUR** | Judge John P. Gustafson |
| Debtors. | **OBJECTION TO TRUSTEE'S MOTION TO DISMISS** |
| | Deborah Spychalski(0061986)<br>PO Box 711<br>500 Madison Avenue, Suite 525<br>Toledo, Ohio 43697<br>(419) 243-9424<br>(419) 244-0454 (Fax)<br>Dk_spychalski@yahoo.com<br><br>Attorney for Debtors |

Now come the Debtors and submit their Objection to the Trustee's Motion to Dismiss.

The reason for this objection is as follows:

The Trustee avers that the secured debt exceeds the limitation of $1,184,000.00. One of the claims upon which she relies is currently subject to an Objection by the Debtors and are therefore not approved or valid as to be relied upon by the Trustee for the determination of whether or not the limitation has been exceeded. The purported debt, as suggested by the Debtors in the Petition is below the limitation required to be eligible for a Chapter 13.

WHEREFORE, Debtors pray this Court deny the Trustee's Motion and for such other relief as this Court finds equitable.

        /s/Deborah Spychalski
        Deborah Spychalski, Attorney for Debtors

## CERTIFICATE OF SERVICE

I certify that on May 24, 2018, a true and correct copy of the Objection to Trustee's Motion to Dismiss was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:
United States Trustee    (Registered address)@usdoj.gov  Elizabeth A. Elizabeth Vaughan 13ECFNotices@chapter13toledo.com and toledo13@ecf.epiqsystems.com
Deborah K. Spychalski    dk_spychalski@yahoo.com
LeeAnn Covey, bknotice@clunkhoose.com
Michael David Stutz for Ohio Dept. of Taxation, gtr@meyerkerschner.com, emh@meyerkerschner.com; jkg@meyerkerschner.com; das@meyerekerschner.com
Gary W. Osborne for Marlene Ritchie at go@garyosbornelaw.com
Lauren Hume for United States of America at lauren.e.hume@usdoj.gov, northern.taxcivil@usdoj.gov.

And by regular U.S. mail, postage prepaid, on: BMW Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Avenue Dept APS, Oklahoma City, OK 73118.

        /s/Deborah Spychalski
        Deborah Spychalski